| | |
|---|---|
| 1 | Kymberly E. Speer (Bar No. 121703) |
|   | kspeer@archernorris.com |
| 2 | Grace Lee (Bar No. 247223) |
|   | glee@archernorris.com |
| 3 | ARCHER NORRIS |
|   | A Professional Law Corporation |
| 4 | 2033 North Main Street, Suite 800 |
|   | Walnut Creek, California 94596-3759 |
| 5 | Telephone: 925.930.6600 |
|   | Facsimile: 925.930.6620 |
| 6 | |
|   | Mary Richardson, Esq. (Bar No. 208586) |
| 7 | Deputy Port Attorney |
|   | PORT OF OAKLAND |
| 8 | 530 Water Street, 4th Floor |
|   | Oakland, CA 94607 |
| 9 | Telephone: 510.627-1346 |
| 10 | Attorneys for Defendant |
|   | PORT OF OAKLAND |
| 11 | |
|   | [PORT OF OAKLAND EXEMPT FROM FILING |
| 12 | FEE – GOV'T CODE § 6103] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ABIGAIL KELLY, | | Case No. 3:12-cv-05808-YGR |
| Plaintiff, | | |
| v. | | **STIPULATION TO REMAND ACTION TO ALAMEDA COUNTY SUPERIOR COURT;** ~~PROPOSED~~ **ORDER** |
| PORT OF OAKLAND and DOES 1 - 100, inclusive, | | |
| Defendant. | | |

Plaintiff Abigail Kelly and the Port of Oakland, by and through their attorneys of record, hereby stipulate to remand this action to the Superior Court of California, County of Alameda,

///

///

///

///

P0282001/1497189-1

STIPULATION TO REMAND ACTION TO ALAMEDA COUNTY SUPERIOR COURT; ~~PROPOSED~~ ORDER

1  Case No. RG12647385, assigned to the Hon. Ioana Petrou. Each party will bear its own fees
2  and costs.

3
4  Dated: December 28, 2012                ARCHER NORRIS

5
6                                          /s/ KYMBERLY E. SPEER
7                                          Kymberly E. Speer
                                            Attorneys for Defendant
8                                          PORT OF OAKLAND

9
10 Dated: December 28, 2012                KHORRAMI, LLP

11                                         /s/ ELISE SANGUINETTI
12
                                            Elise Sanguinetti
13                                         Attorneys for Plaintiff
                                            ABIGAIL KELLY
14

15
16    **IT IS HEREBY ORDERED.**
   This Order terminates Dkt. Nos. 11 & 15. The Clerk of this Court
17 is further ordered to forward certified copies of this remand order
   and all docket entries to the Clerk of the Superior Court, County of
18 Date: January 4, 2013                                              Alameda.
                                            JUDGE YVONNE G. ROGERS
19
20
21
22
23
24
25
26
27
28

P0282001/1497189-1                          2

STIPULATION TO REMAND ACTION TO ALAMEDA COUNTY SUPERIOR COURT; ~~PROPOSED~~ ORDER