Kymberly E. Speer (Bar No. 121703)
kspeer@archernorris.com
Grace Lee (Bar No. 247223)
glee@archernorris.com
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, California 94596-3759
Telephone:   925.930.6600
Facsimile:   925.930.6620

Mary Richardson, Esq. (Bar No. 208586)
Deputy Port Attorney
PORT OF OAKLAND
530 Water Street, 4th Floor
Oakland, CA 94607
Telephone: 510.627-1346

Attorneys for Defendant
PORT OF OAKLAND

[PORT OF OAKLAND EXEMPT FROM FILING FEE – GOV'T CODE § 6103]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ABIGAIL KELLY, | Case No. 3:12-cv-05808-YGR |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO REMAND ACTION TO ALAMEDA COUNTY SUPERIOR COURT;** ~~PROPOSED~~ **ORDER** |
| PORT OF OAKLAND and DOES 1 - 100, inclusive, | |
| Defendant. | |

Plaintiff Abigail Kelly and the Port of Oakland, by and through their attorneys of record, hereby stipulate to remand this action to the Superior Court of California, County of Alameda,

///

///

///

///

P0282001/1497189-1

| | |
|---|---|
| 1 | Case No. RG12647385, assigned to the Hon. Ioana Petrou.  Each party will bear its own fees |
| 2 | and costs. |

Dated:  December 28, 2012                    ARCHER NORRIS

/s/ KYMBERLY E. SPEER

Kymberly E. Speer
Attorneys for Defendant
PORT OF OAKLAND

Dated:  December 28, 2012                    KHORRAMI, LLP

/s/ ELISE SANGUINETTI

Elise Sanguinetti
Attorneys for Plaintiff
ABIGAIL KELLY

**IT IS HEREBY ORDERED.**

```
   This Order terminates Dkt. Nos. 11 & 15. The Clerk of this Court
is further ordered to forward certified copies of this remand order
and all docket entries to the Clerk of the Superior Court, County of
                                                             Alameda.
```

Date: January 4, 2013

JUDGE YVONNE G. ROGERS